NO. 12-07-00005-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

LLOYD
MURRAY,   §          APPEAL FROM THE 7TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            This appeal is being dismissed for want of
jurisdiction.  Appellant was convicted of
the offense of robbery, and punishment was imposed in open court on November 7,
2006.  Consequently, Appellant’s notice
of appeal was due on December 7, 2006.  See
Tex. R. App. P. 26.2(a)(2).  However, Appellant filed his notice of appeal
on December 15, 2006.  Therefore,
Appellant's notice of appeal is untimely, which leaves us without jurisdiction
over the appeal.

             On January 11,
2007, Appellant filed a motion to extend the time for filing his notice of appeal.  However, this motion is untimely.  See Tex.
R. App. P. 26.3 (motion for extension of time must be filed within 15
days after the deadline for filing the notice of appeal).  Moreover, this court has no authority to
allow the late filing of a notice of appeal except as provided by Rule
26.3.  See Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998); Olivo v. State, 918
S.W.2d 519, 523 (Tex. Crim. App. 1996). 
Consequently, Appellant's motion for extension of time is overruled, and
this appeal is dismissed for want of jurisdiction.  All other pending motions are overruled as
moot.

Opinion
delivered January 31, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.       

 

(DO NOT PUBLISH)